DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADAM LONG,**
Appellant,

v.

**ABBIE LEBLANC,**
Appellee.

No. 4D2025-3238

[July 2, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paul Anthony Damico, Judge; L.T. Case No. 502025DR007181XXXASB.

Adam Long, Delray Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***